### JOSEPH JACOBS v. STATE.

No. A-391. Opinion Filed February 6, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

The appellant was convicted in the county court of Canadian county on a charge of selling intoxicating liquor, and he appeals. Affirmed.

J. M. Frame, and Roberson & Roberson, for appellant.

PER CURIAM. No error appearing in the record prejudicial to the rights of the plaintiff in error, the judgment of the lower court is affirmed.

---

### OTHO TUCKER v. STATE.

No. A-405. Opinion Filed February 6, 1911.

Appeal from Stephens County Court.

PER CURIAM. Appellant was convicted in the county court of Stephens county for a violation of the prohibition law. He appealed to this court. Counsel for appellant have filed a motion praying that the appeal be dismissed, which is accordingly granted, and the appeal is dismissed.

---

### S. E. SILLIX v. STATE.

No. A-172. Opinion Filed February 6, 1911.

Appeal from Pittsburg County Court; R. W. Higgins, Judge.

The plaintiff in error was convicted in the county court of Pittsburg county for a violation of the liquor law, and he appeals. Affirmed.

J. G. Harley, for plaintiff in error.

PER CURIAM. Upon a careful examination of the record in this cause, we find no errors prejudicial to the rights of the plaintiff in error, and the judgment of the court below is therefore affirmed.